**Order entered December 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01534-CV

### IN RE STEVEN PRYOR, Relator

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11307-L**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's motion for emergency stay. We **ORDER** relator to bear the costs of this

original proceeding.

/s/      CRAIG STODDART
         JUSTICE